# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STUDIOS OF SELF DEFENSE, INC., <br><br> Plaintiff, <br><br> v. <br><br> KRISTOPHER RINEHART, et al., <br><br> Defendants. <br><br> AND RELATED CLAIMS | No. SA CV 18-1048-DOC (DFMx) <br><br> Order Accepting Report and Recommendation of United States Magistrate Judge |

Before the Court is the Magistrate Judge's Report and Recommendation entered on August 30, 2019 (Dkt. 152), recommending that Defendants' Motion to Pierce the Attorney-Client Privilege Under the Crime-Fraud Exception (Dkt. 73) be denied. Defendants filed objections. See Dkt. 179.

///
///
///
///
///

The Report and Recommendation is not clearly erroneous or contrary to law. See Fed. R. Civ. P. 72(a). Even if a de novo standard applied, the Court would still adopt the Report and Recommendation. Accordingly, the Report and Recommendation is accepted and adopted.

Date: September 26, 2019

_____
DAVID O. CARTER
United States District Judge